IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 3:23cr288 |
|---|---|---|
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CHRISTOPHER ESSAMEDDIN BIRRY, | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, to wit, this ____ day of July, 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that defendant's motion to dismiss Count 6 and Count 7 of the indictment (Doc. 24) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court