## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 3:23cr288** |
| | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **CHRISTOPHER ESSAMEDDIN** | : | |
| **BIRRY,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this _____ day of November 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Christopher Essameddin Birry's motion to suppress evidence (Doc. 26) is **DENIED.**

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court